UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDRE B. ZOLOTOVITSKI,

           Plaintiff,

  v.

HERE NORTH AMERICA LLC,

           Defendant.

CASE NO. 2:19-cv-01964-RAJ-BAT

**ORDER DENYING MOTION TO DISMISS**

The Court, having reviewed the Plaintiff's Amended Complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS**:

1. The Report and Recommendation is **ADOPTED**;
2. Defendant HERE North America LLC's Motion to Dismiss (Dkt. 10) is denied.
3. This case is reassigned to Judge Tsuchida for further proceedings.
4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 30th day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING MOTION TO DISMISS - 1