UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRE B. ZOLOTOVITSKI,<br><br>                Plaintiff,<br><br>  v.<br><br>HERE NORTH AMERICA LLC,<br><br>                Defendant. | CASE NO. 2:19-cv-01964-RAJ-BAT<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISCOVERY RELATED MOTIONS** |

Defendant HERE North America, LLC ("HERE") requests an extension of the deadline for filing discovery related motions. Dkt. 31. The Court ordered deadline for filing motions related to discovery is currently December 1, 2020. Dkt. 25. Plaintiff Alexandre B. Zolotovitski did not file a response to the request.

Finding good cause exists for the requested extension as it will allow the parties to work through their outstanding discovery disputes without Court intervention, it is **ORDERED** that the deadline for filing discovery related motions is extended to **December 8, 2020**.

DATED this 11th day of December, 2020.

                                          BRIAN A. TSUCHIDA
                                          Chief United States Magistrate Judge