UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDRE B. ZOLOTOVITSKI,

          Plaintiff,

  v.

HERE NORTH AMERICA LLC,

          Defendant.

CASE NO. 2:19-cv-01964-RAJ-BAT

**ORDER MODIFYING SCHEDULING ORDER**

Based on Defendant's unopposed Motion to Modify Scheduling Order (Dkts. 37-39), the Court **GRANTS** the motion (Dkt. 37) and **ORDERS** that the Scheduling Order (Dkt. 25) is modified as follows:

1) Mediation shall be held no later than **January 30, 2021**.

2) Discovery related motions shall be filed by **February 15, 2021**.

3) If no discovery motions are filed, Plaintiff's deposition shall be completed by **February 28, 2021**.

4) If no discovery motion is filed, any dispositive motion shall be filed by **March 1, 2021**.

5) If a discovery motion is filed, Plaintiff's deposition and any dispositive motion will be deferred pending resolution of the motion.

**DATED** this 8th day of January, 2021.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER MODIFYING SCHEDULING
ORDER - 1