UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRE B. ZOLOTOVITSKI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HERE NORTH AMERICA LLC,<br><br>　　　　　Defendant. | CASE NO. 2:19-cv-01964-RAJ-BAT<br><br>**ORDER DIRECTING PARTIES TO FILE STATUS REPORT** |

On March 10, 2021, the parties were ordered to confer and to submit to the Court proposed dates for the filing of dispositive or other motions after completion of the written and deposition discovery ordered by the Court. Dkt. 48.

Accordingly, it is **ORDERED** that the parties provide the Court with a report **by June 16, 2021**, as to the status of discovery and proposed dates for moving this case forward.

DATED this 9th day of June, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER DIRECTING PARTIES TO FILE
STATUS REPORT - 1