UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDRE B. ZOLOTOVITSKI,<br><br>          Plaintiff,<br><br>     v.<br><br>HERE NORTH AMERICA LLC,<br><br>          Defendant. | CASE NO. 2:19-cv-01964-RAJ-BAT<br><br>**ORDER SETTING DISPOSITIVE MOTIONS DEADLINE** |

Based on the Court's Orders (Dkt. 48; Dkt. 50) and the proposal of the parties (Dkt. 52), it is ORDERED that the dispositive motions deadline is **July 15, 2021**.

DATED this 17th day of June, 2021.

*[signature]*
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER SETTING DISPOSITIVE MOTIONS
DEADLINE - 1