UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDRE B. ZOLOTOVITSKI,

   Plaintiff,

v.

HERE NORTH AMERICA LLC,

   Defendant.

CASE NO. 2:19-cv-01964-RAJ-BAT

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, objections and responses to that, and the remaining record, finds and **ORDERS**:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant HERE North America LLC's Motion for Summary Judgment (Dkt. 55) is **GRANTED**; Plaintiff Alexandre B. Zolotovitski's claims are **dismissed with prejudice**.

3. Plaintiff's second motion to amend his complaint (Dkt. 54) is **DENIED** as moot;

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 7th day of January, 2022.

RICHARD A. JONES
United States District Court Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT - 1